FILED

AUG 19 2022

BONNIE HACKLER
Clerk, U.S. District Court

By ______
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

# PRO SE PRISONER CIVIL RIGHTS COMPLAINT

MARIO Williams
*Plaintiff's full name (Please print)*

v.

CORE CIVIC CORPORATION, Assistant Warden - Michael Moriarity, "John Doe".
*Defendant(s)' full name (Please print)*

CIV 22-234-RAW
**Case No.** ______
*(To be filled out by Clerk's Office only)*

"Jury Demand"

*For additional names please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.* ***The names listed in the above caption must be identical to those contained in Section IV, pursuant to Fed. R. Civ. P. 10(a).***

**NOTICE**

*Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.3 address the privacy and security concerns resulting from public access to electronic court files. Under these rules, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.*

***Each claim you raise must be properly exhausted.*** *If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you. See 42 U.S.C. 1997e(a).*

***Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.***

## I.      JURISDICTION

*Indicate below the federal legal basis for your claim, if known.*

☑   42 U.S.C. § 1983 (state, county, or municipal defendants) , *Rule 38(b)(c)*, *Fed.R.Civ.P.* ~
        " *JURY DEMAND* ."

☐   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)
        (federal defendants)

## II.     PLAINTIFF INFORMATION

MARIO WILLIAMS
_____                    _____
**Full name**                                                                      **Aliases**

225143
_____
**Prisoner ID #**

DAVIS CORRECTIONAL FACILITY ~ DCF
_____
**Place of Detention/Incarnation**

6888 EAST 133rd ROAD
_____
**Institutional Address**

HOLDENVILLE                          OK                          74848
_____    _____    _____
**City**                                                      **State**                          **Zip Code**

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐   Pretrial detainee
☐   Civilly committed detainee
☐   Immigration detainee
☑   Convicted and sentenced state prisoner
☐   Convicted and sentenced federal prisoner

## IV.   DEFENDANT(S)' INFORMATION

*List the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained on the first pate. Attach additional sheets of paper as necessary. Do not write on the backs of any additional sheets. See Local Civil Rule 5.2(a).*

Defendant 1:   *Core Civic*
   **Full Name**

   *Corporation*
   **Current Job Title**

   *6888 E. 133rd Rd.*
   **Current Work Address**

   *Holdenville*           *OK*           *74848*
   **City**                **State**      **Zip Code**

Defendant 2:   *Michael Moriarity*
   **Full Name**

   *Assistant Warden of Programs*
   **Current Job Title**

   *6888 E. 133rd Rd.*
   **Current Work Address**

   *Holdenville*           *OK*           *74848*
   **City**                **State**      **Zip Code**

Defendant 3: "John Doe" ~ UNKNOWN OFFICER.
Full Name

SORT TEAM OFFICER
Current Job Title

6888 E. 133RD Rd.
Current Work Address

Holdenville                OK              74848
City                        State              Zip Code

Defendant 4:                        N/A
Full Name

Current Job Title

Current Work Address

City                        State              Zip Code

Defendant 5:                        N/A
Full Name

Current Job Title

Current Work Address

City                        State              Zip Code

## V.   STATEMENT OF CLAIMS

### A.  Claim 1

Date(s) of occurrence:   _SEE: COUNT I_

Place(s) of occurrence:

*State which of your federal constitutional or federal statutory rights have been violated:*

*Briefly state the FACTS that support your case.  Provide **a short and plain statement** of how each named defendant was personally involved in the violation of your constitutional rights and why you are entitled to relief from each named defendant.  See Fed. R. Civ. P. 8(a).  Do not cite case law.*

**FACTS:**   _SEE: COUNT I,_
_DECLARATION IN SUPPORT 9-14._

### B.  Claim 2

Date(s) of occurrence:   _SEE: COUNT II_

Place(s) of occurrence:

*State which of your federal constitutional or federal statutory rights have been violated:*

**FACTS:**   _SEE: COUNT II,_
_DECLARATION IN SUPPORT 15-19_

## C. Claim 3

Date(s) of occurrence: _____ *SEE! COUNT III*

Place(s) of occurrence: _____

*State which of your federal constitutional or federal statutory rights have been violated:*

_____

**FACTS:** _____ *SEE! COUNT III*
_____ *DECLARATION IN SUPPORT 2-8*
_____
_____
_____

## D. Claim 4

Date(s) of occurrence: _____ *N/A*

Place(s) of occurrence: _____

*State which of your federal constitutional or federal statutory rights have been violated:*

_____ *N/A*

**FACTS:** _____ *N/A*
_____
_____
_____
_____
_____

# COUNT I
# 1ST AMENDMENT VIOLATION TO RELIGIOUS FREEDOMS

On 4/2/22, I and other Muslims here at OCF began fasting for the Holy Month of Ramadan. The first but 30 days and all staff was made aware of this in a memo dated 4/1/22. However, on 5/2/22 staff provided the Muslims thier before sunrise meal at approximately 4 a.m. However, when it came time to break fasting at sunset, OCF refused to serve over 70 Muslim inmates a meal. The Muslims did not eat or drink anything all day during the day light hours, nor did OCF staff provide the Muslims anything. All the Muslims alerted OCF staff that they needed thier meals and that it was the last day of fasting. The Muslims were told, including me, that A/W Morris instructed staff not to feed the Muslims — Ramadan is over. I was denied to practice my faith in-accordance to the tenet of Islam.

# COUNT II
# EXCESSIVE FORCE

On or about 3/30/22, the OCF Sort Team entered my Pod (Bravo South), shooting a pepper ball gun wildly at inmates. I came to my cell door after hearing some commotion, opening it slightly to see what was happening, a sort officer (Latino or Mexican) turned his gun on me and fired about 5 shots. If not for the window and door, I would have been hit square in the face. The balls exploded, scraps hitting me in my face, neck and arms, which began to burn, it became hard to breath and I began choking. I was left in my cell without any medical treatment, decontamination, or allowed to clean my cell door. I violated no prison rules that day, nor was I a threat to any one. The fact that Core Civic would

1.

send a sort team to Oklahoma, to its facility, from another state to assault inmates that broke no rules, proves that there is a "practice" with this corporation (Core Civic) that supports this kind of behavior.

## COUNT III
## RELIGIOUS FREEDOM / R.L.U.I.P.A / EQUAL TREATMENT

Upon arrival at DCF in Nov of 2021, I was informed that the Halal meals was being prepared and served in violation of Islamic and DDOC policy standards. I set a meeting with the kitchen supervisor where we walk through the Halal preparation area and discussed the personal who was allowed to prepare and serve the meals. On 4/13/22 I submitted a RTS (#22-1844) to rectify the issue. I again spoke to the supervisor (Frank) and was told the issue would be rectified. However, after no visible changes were made, I again went to speak to the supervisor and submitted another RTS (#22-2508) on the issue. I then filed a grievance (#22-1001-00164-G) on the issue where I was granted relief. However, I went to speak with A/W Moriarity who granted the relief, and who did the investigation, and requested he and I visit the kitchen to see that there has been no changes to my allege issues and that the Halal preparation area is not in-compliance to DDOC OP-070202 policy ~ he refused. I then tried to reach-out to the DDOC Contract Monitor on the issue by filing a RTS, but the RTS was re-routed to the Warden, where it was said the issue is over. Because of said reasons, I'm being denied to have the Halal meals prepared and served in-accordance with my religious tenets and DDOC OP-070202, Attachment A., Pg. 1-4. While on the other hand, the Kosher (Jewish) preparation area is in-compliance with said policy by being provided a secure room with utensils, refrigerator, containers,

Pots, Pans, Prep area, and cleaning supplys. The Hala preprarahon area is out in the open with the general population (9/p) line, utensials are used with 9/p, they are rinsed, not sanitized, the meals are prepared by Nondsexuals (total violation in Islam), not Muslims or those who know the Muslim standards, 9/p workers walk through or have unrestricted access to the Halal prepraration area, and refuse to make the neccessary changes in-compliance to said ODOC Policy.

## DECLARATION IN SUPPORT OF CIVIL SUIT

Mario Williams states:

1. I am the plaintiff in the above entitled case. I make this declaration in support of this civil suit.

### HALAL

2. On 4/13/22, I was told by the kitchen supervisor (Frank) that he did not have to comply with ODOC OP-070202 Attch. A. Pg. 1-4, when it came to Halal Pre-paration, and serving — Lore Civic had its own policy he will follow.

3. There is a known homosexual working in the Halal preparation and serving area.

4. The Halal area is shared with the 9/p vegi line, and its out in the open where it is constantly entered by 9/p inmates.

5. The Kosher area is behind a lock door that can only be open by staff from the outside.

6. Kosher has its own utensils, pots, pans, containers, cleaning supplies, and refreberator, all behind the secure area.

<u>3.</u>

7. Only inmates who are Jewish or who are trained in the Kosher diet standard are allowed by DCF Kitchen to serve their meals.

8. DCF Kitchen is Not in-compliance with Islamic Halal standards or ODOC OP-070202, Attch. A. Pg. 1-4.

## RAMADAN

9. On 4/2/22, Ramadan began for myself and the Muslim inmates here at DCF, and it ended on 5/2/22.

10. Ramadan lasted 30 days and Nights.

11. A memo was put out to all staff members on 4/1/22 alerting them that the fast of Ramadan will end on 5/3/22.

12. On 5/2/22, DCF Kitchen refuse to complete Ramadan by providing myself and the Muslims a meal at the completion of Ramadan by serving us a meal at sunset.

13. DCF Kitchen provided the Muslims No meals on 5/2/22 besides the before-dawn meal at approximatly 4 A.M.

14. DCF staff told me and other Muslim inmates that A/W. Morvarity said Ramadan is over and don't feed the Muslims anything; on 5/2/22.

## EXCESSIVE FORCE

15. On or about 3/30/22, a Sort team officer shot a pepper ball gun at me, where the scraps from the exploding balls hit me in the face, neck, and arms.

<u>4.</u>

16. The sort officer was Latino or Mexican in nature, stood about 5ft3 to 5ft 5, late 20's to early 30's, that was responsible for shooting me.

17. I violated no prison rules or was a threat to any person on allege date.

18. On allege date, I was not provided medical attention, allowed decontamination or allowed to clean the contaminated area.

19. My skin and eyes burned for hours, I was at loss of breath, stressed and had headaches.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES:

20. On the Halal claim, I filed a RTS #22-2508 on 5/16/22, submitted grievance #22-1001-00164-G on 6/1/22, I was granted relief on 6/28/22 - Completing Exhaustion.

21. On the Ramadan claim, I filed a RTS #22-2286 on 5/5/22, submitted grievance #22-1001-00186-G on 6/23/12, I was granted relief on 6/28/22 - Completing Exhaustion.

22. On the Excessive-Force Claim, I filed a RTS #22-1589 on 3/30/22, submitted grievance #22-1001-00157-G on 5/27/22, I was granted relief on 6/17/22 - Completing Exhaustion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

8/15/22

_Jarico Williams, DCF, Holdenville, OK_

5.

## VI.   RELIEF REQUESTED

*Briefly state what you want the Court to do for you. Do not make legal arguments or cite cases or statutes.*

SEE: "CLAIMS FOR RELIEF AND RELIEF REQUESTED" Attachment. Pages 1-2.

## VII.   PRISONER'S LITIGATION HISTORY

*The "Three Strikes Rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if the prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

Have you brought any other lawsuits in federal court while a prisoner?   ☑ Yes   ☐ No

If yes, how many?   Approx. 8

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- Did the court assess a "Strike" or find the dismissal a "Prior Occasion" pursuant to 28 U.S.C.1915 (g).

SEE: "PREVIOUS FEDERAL CIVIL ACTION OR APPEALS" Attachment.

# CLAIMS FOR RELIEF

1. The actions of Defendant A/W Moriarity in denying the Plaintiff the right to complete Ramadan with-in the laws of his sincerely held faith, and a Halal preparation and serving area, and to be equally treated in this manner with the Kosher area in-compliance with ODOC OP-070203, Attch. A. Pg.1-4, violated the First, Fourtheenth, Amendment to the U.S. Constitution, and R.L.U.I.P.A.

2. The actions of Defendants Core Civic and "John Doe" in associating the Plaintiff with a pepper ball gun for no penological justification, shows there is a "Practice" of behavior supported by Core Civic, which is understood and carried out by its employee(s) (John Doe), which violates the Eighth Amendment of the U.S. Constitution.

# RELIEF REQUESTED

Wherefore, Plaintiff requests that the Court grant the following relief:

A. <u>Issue a declaratory Judgement stating that:</u>

The denial of the Plaintiff Religious Freedoms and the excessive use of force violated the Plaintiff's Rights under the 1st, 8th and 14th Amendment to the U.S. Constitution, and RLUIPA.

B. <u>Award Compensatory Damages in the following Amounts:</u>

1. $100.000 severally against Defendants Core Civic, A/W Moriarity and "John Doe" for the physical and emotional injuries sustained as a result of the use of force, and for the physical and emotional injuries resulting from denial of religious freedoms.

L. Award Punitive Damages in the Following Amounts:

1. $75.000 against Defendants Lore Civic, John Doe, and S/w Moriarity.

11. Grant such other relief as it may appear that Plaintiff is entitled.

, Respectfully Submitted

8/15/22

Bryan Williams DCF, Noblenville, OK.

## PREVIOUS FEDERAL CIVIL ACTIONS OR APPEALS

08-7027  Date filed: 3/14/08, DISMISSED      Date disposed: 11/12/08      10th Circuit
08-7037  4/29/08  "  "                        12/12/08
10-7068  9/1/10  "  "                         1/12/11
13-7002  1/31/13  Jurisdictional Defect       3/29/13
16-6346  Dismissed w/strike                   6/6/17

LIV-13-206-RAW   U.S. Eastern Dist of OK..    SETTLED 2018
LIV-13-15-RAW    "  "                          "  "
CIV-11-195-JHP   "  "                          "  "
LIV-14-157-RAW   "  "                          "  "

LIV-19-D820-HE   U.S. Western Dist of OK      Still Pending
LIV-21-D550-G    "  "                          "  "

_____

_____

_____

_____

_____

_____

## VIII.  PLAINTIFF'S DECLARATIONS:

I declare under penalty of perjury that the foregoing is true and correct.  To the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11 of the Federal Rules of Civil Procedure.

I agree to provide the Court Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Court Clerk's Office may result in the dismissal of my case.

_____        _____
Plaintiff's Signature                                    Date


I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the __16__ day of __August__, 20__22__.

_____        _____
Plaintiff's Signature                                    Date


Rev. 07/2019                                                                                                          8

PROOF OF ADMINISTRATIVE EXHAUSTION

Exhibits

1 – 4   ~ EXCESSIVE FORCE, RTS #22-1589, GRIEVANCE #22-1001-00157-G

5 - 7   ~ RAMADAN, RTS #22-2280, GRIEVANCE #22-1001-00186-G

8 - 10 ~ HALAL, RTS #22-2508, GRIEVANCE #22-1001-00164-G

COPY

99589

RECEIVED

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**

APR 0 4 2022

fwd: COS Brown

**REQUEST TO STAFF**

TO: Donson / Warden                    FACILITY/UNIT: OCF / BS        BY:    DATE: 3/30/22
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not __✓__ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____    facility: _____    grievance #: _____
I affirm that I do ____ do not __✓__ have a grievance pending on this issue.
I affirm that I do ____ do not __✓__ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request ____ does __✓__ does not relate to a pending misconduct report. If it does, this
request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement
must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One
issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this
being returned unanswered.

EXCESSIVE FORCE: Today at approx. 12:30 p.m. B.S. c/o Diaz, open my cell door for myself
and my cellie to get ice. I did not leave the cell to get ice. About 5 minit later I heard
a commotion, I went to the door, open it a bit and seen c/m's running and c/o's officers
wildly shooting a pepper gun. He then turn the gun toward me and shot at least 5 shots,

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly
should be done and how.    Investigate this matter to exhaust administrative
remedies.

Copy of this RTS? (Circle) Yes/No

NAME: Williams, Mario        DOC NUMBER: # 225143   UNIT & CELL NUMBER: BS 282
(PRINT)

SIGNATURE: M. Williams      WORK ASSIGNMENT: Vo-tech

**DO NOT WRITE BELOW THIS LINE**        APR 1 1 2022

DISPOSITION:
There were no incidents on March 3, 2022 at 1230 hours on Bravo South.

K. Brown

STAFF MEMBER                    DATE
                                MAY 2 4 2022

RECEIVED                                        RECEIVED

Date response sent to inmate/offender: _____
1. Original to file                              MAY 0 3 2022
2. Copy to inmate/offender        JUN 0 1 2022    DOC 090124D (R 4/19)

GRIEVANCE                                        GRIEVANCE

EXHIBIT 1.

of not for the glass and door, I would have been hit in the face. The peppers balls exploded, scrap hit me, my face, neck and arms begin to burn, it became hard to breath and I begin to choke. A senior Sort officer ask me to close my door, I complied. Staff was choking, so they "all" left the pod. The pod officer (Diaz) returned 2 hrs later, there was no exhaust fan provided, no outside doors open, because I'm asthmatic and was continuing choking, I ask to be taken to fresh air to no avail. I ask for medical attention, decontamination and clean my door, all to no avail. I have know been choking and burning for 6 hrs w/out relay.

**RECEIVED**

JUN 0 1 2022

**GRIEVANCE**

**RECEIVED**

MAY 0 3 2022

**GRIEVANCE**



2022-1001-00157-G

**INMATE/OFFENDER GRIEVANCE**

Grievance no. _____

Grievance code: _____

Response due: _6/20/22_

RECEIVED

JUN 01 2022

GRIEVANCE

**DO NOT WRITE ABOVE THIS LINE**

Date _5/27/22_                     Facility or Unit _DCF_

Name _WILLIAMS, MARIO_            Facility Housing Unit _BS 232_
        (Print)

ODOC Number _#225143_      Date "Request to Staff" response received: _5/25/22_

Have you previously submitted a grievance on this same issue? _Yes_ If yes, what date _5/2/22_, facility _DCF_, grievance #_22-1001-00125-G_ You must submit this completed original within 15 days of the receipt of the response to the "Inmate/Offender Grievance Process Request to Staff," (DOC 090124D). The "Inmate/Offender Grievance Process Request to Staff," (DOC 090124D), must have been submitted within (7) days of the incident. Do not include/attach anything to this grievance except the "Inmate/Offender Grievance Process Request to Staff," (DOC 090124D), including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.    The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. EXCESSIVE FORCE: The Chief's (K. Brown) answer is mistaken. I didn't allege there was a incident on 3/3/22 at 1230 on BS, the RTS #22-1589 alleged an incident on 3/30/22 at approx 12:30 p.m.

2.    Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.
      Submitted attach RTS #22-1589 on 3/30/22 and non-response grievance #22-1001-001236 on 5/2/22.

3.    The action you believe the reviewing authority may lawfully take.
      Investigate this matter on the correct date specified in said RTS.

Grievance report sent to (warden/facility head/administrator/correctional health services administrator):

_Norwood_                          _Warden_
Name                               Title

_M. Williams_                      _5/27/22_
Signature of Grievant              Date Sent to Reviewing Authority

1. Original to file
2. Copy to inmate/offender

EXHIBIT 3

DOC 090124A
(R 01/22)

## Grievance Decision from Reviewing Authority

| Inmate/Offender Name: | Williams, Mario | | | ODOC Number | 225143 |
|---|---|---|---|---|---|
| Receipt Date: | 06/01/2022    Grievance Category Code: | 4 | Grievance Number: | | 2022-1001-00157-G |

| 1. Discrimination | 3. Complaint against staff | 5. Reserved | 7. Medical    9. Records/Sentence Admin. |
|---|---|---|---|
| 2. Classification | 4. Condition of confinement | 6. Legal | 8. Property/Trust Fund    10. Religion |
| | | | 11. Personal Identity |

Decision:

Inmate Williams requested an investigation into an incident that happened on Bravo South on 3/30/22.

After an investigation of the matter, Kevin Brown, Chief of Security, confirmed that an investigation was conducted for the date of 03/30/22 between 10:30 hours to 13:30 hours. He confirmed that there were no incidents on Bravo South during that time. In addition the officer that I/M Williams referenced was not assigned to Bravo South on the day as well. There was a clerical error on the RTS for Chief Brown answer. The date showed 3/3/22, but it was actually 3/30/22.

**I/M Williams's Relief is Granted** in that an investigation was conducted.

| Reviewing Authority - Facility Health Services Admin (medical issues) | Date |
|---|---|
| X _Thorwood_ | X 6/17/22 |
| Review Authority – Facility/Unit Head | Date |

I have received the copy of the response of the reviewing authority.

| Signature of Grievant | Date |
|---|---|
| | |

| Signature of Staff Witness and Printed Name of Witness | Date |
|---|---|
| | |

You may appeal to the Administrative Review Authority at Department of Corrections, P.O. Box 11400, Oklahoma Ci OK 73136-0400 or Medical ARA and the Personal Identity ARA at 3300 N. Martin Luther King Avenue, Oklahoma Ci OK 73111, within 15 <u>days</u> of the receipt of response using only DOC Form 060125V entitled "Misconduct/Grievan Appeal to Administrative Review Authority." Do not send this decision to the Administrative Review Authority or Medic ARA.

1. Original to file
2. Copy to inmate/offender



DOC 090124B (R 01/22)



COPY

RECEIVED

MAY 0 6 2022

BY:

30-2280

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

fwd: Mw Moriarity

TO: Norwood - Warden     FACILITY/UNIT: DCF     DATE: 5/5/22
(NAME AND TITLE OF STAFF MEMBER)

I have ✓ have not ____ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: 5/3/22     facility: DCF     grievance #: 22-1061-00124-G
I affirm that I do ✓ do not ____ have a grievance pending on this issue.
I affirm that I do ____ do not ✓ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court:
This request ____ does ✓ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

DISCRIMINATION: On 5/2/22 every Muslim (Myself) was refused our evening meal for breaking our fast for the month of Ramadan. This was our last day of fasting, however staff refused to feed us because they left Ramadan one may. Every Muslim enlisted staff that they were mistaken. All staff ignored our pleas. Not providing meals to over 50 Muslims can't be fixed, its irreparable, inhumane and inexcusable!!

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Investigate any and all staff involved in this incident that was responsible for denying said meals for discrimination, prejudice, retaliation and possible Liracism.

Copy of this RTS? (Circle) YES / NO

NAME: Williams, Khrin     ODOC #: 225143     UNIT & CELL NUMBER: BS-237
(PRINT)
SIGNATURE: M. Williams     WORK ASSIGNMENT: Vo/tech

DO NOT WRITE BELOW THIS LINE     MAY 0 9 2022

DISPOSITION:
 Ramadan ended with the evening meal May 1, 2022 as stated in LEO E. Brown, Agency Chaplain & Volunteer Services Administrator email dated March 23, 2022.

M.D. Moriarity                    6/23/22
STAFF MEMBER                    DATE

RECEIVED                    RECEIVED

Date response sent to inmate/offender: ____
1. Original to f____
2. Copy to inm__offender JUN 2 7 2022     JUN 0 8 2022 DOC 0901 D
                                                    (R 01/22)

GRIEVANCE                    GRIEVANCE

EXHIBIT 5

*2022 - 1001 - 00186-G*

**INMATE/OFFENDER GRIEVANCE**

**RECEIVED**

**JUN 27 2022**

**GRIEVANCE**

Grievance no. _____

Grievance code: _4___

Response due: _7/18/2022_

**DO NOT WRITE ABOVE THIS LINE**

Date _6/23/22_          Facility or Unit _DCF_

Name _Williams, Mario_          Facility Housing Unit _BS 232_
      (Print)

ODOC Number _#225143_      Date "Request to Staff" response received: _6/23/22_

Have you previously submitted a grievance on this same issue? _Yes_  If yes, what date _6/6/22_, facility _DCF_, grievance #_22-1001-00168-G_ You must submit this completed original within **15 days** of the receipt of the response to the "Inmate/Offender Grievance Process Request to Staff," (DOC 090124D).   The "Inmate/Offender Grievance Process Request to Staff," (DOC 090124D), must have been submitted within (7) days of the incident. Do not include/attach anything to this grievance except the "Inmate/Offender Grievance Process Request to Staff," (DOC 090124D), including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.      The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. DISCRIMINATION: With all due respect, Lo Brown does'nt determine the knots of Ramadan. 30 days of fasting was completed on 5/2/22, was made aware to DCF staff in a proposal 30 days before Ramadan. Over 100 muslims alerted DCF staff that they were provided a Ramadan meal the morning of 5/2/22 by DCF staff, did not eat lunch, did not eat or provided a evening meal with general population, and that Ramadan was completed at sunset, and needed to be provided →
                                                                                                                                                        over

2.      Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.
        Spoke to staff on 5/2/22, submitted a RTS (#22-228c) on 5/5/22, submitted a grievance (#22-1001-00168-G) on 6/6/22.

3.      The action you believe the reviewing authority may lawfully take. Investigate any and all staff responsible for ding the Ramadan meal on 5/2/22, for the evening meal, to all muslims on said date for discrimination, prejudice, retaliation, and possible racism, to exhaust administration remedies.

Grievance report sent to (warden/facility head/administrator/correctional health services administrator):

_Norwood_                                         _Warden_
Name                                              Title

_M. Williams_                                     _6/23/22_
Signature of Grievant                             Date Sent to Reviewing Authority

1. Original to file
2. Copy to inmate/offender

*EXHIBIT 6*

DOC 090124A
(R 01/22)

## Grievance Decision from Reviewing Authority

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate/Offender Name: | Williams, Mario | | | | ODOC Number | 225143 | |
| Receipt Date: | 06/27/2022 | Grievance Category Code: | 4 | | Grievance Number: | 2022-1001-00186-G | |

| | | | | |
|---|---|---|---|---|
| 1. Discrimination | 3. Complaint against staff | 5.Reserved | 7.Medical | 9. Records/Sentence Admin. |
| 2. Classification | 4. Condition of confinement | 6.Legal | 8. Property/Trust Fund | 10.Religion |
| | | | 11.Personal Identity | |

Decision:

Inmate Williams wanted an investigation into why Ramadan did not end on May 02, 2022.

After further investigation of the matter, Michael Moriarity, DCF Assistant Warden of Programs, said that Ramadan ended with the evening meal on May 01, 2022 as stated by Leo E. Brown, Agency Chaplain and Volunteer Services Administrator, in an email date March 23, 2022.

**I/M Williams' Relief is Granted** in that an investigation was done.

Reviewing Authority – Facility Health Services Admin (medical issues)    Date

X _____     X 6/28/22

Review Authority – Facility/Unit Head    Date

I have received the copy of the response of the reviewing authority.

_____     _____
Signature of Grievant     Date

_____     _____
Signature of Staff Witness and Printed Name of Witness     Date

You may appeal to the Administrative Review Authority at Department of Corrections, P.O. Box 11400, Oklahoma City, OK 73136-0400 or Medical ARA and the Personal Identity ARA at 3300 N. Martin Luther King Avenue, Oklahoma City, OK 73111, within 15 days of the receipt of response using only DOC Form 060125V entitled "Misconduct/Grievance Appeal to Administrative Review Authority." Do not send this decision to the Administrative Review Authority or Medical ARA.

1. Original to file
2. Copy to inmate/offender                               DOC 090124B (R 01/22)



EXHIBIT 7



RECEIVED
MAY 1 8 2022
BY:

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: _Kitchen Supervisor - Frank_   FACILITY/UNIT: _DCF_   DATE: _5/16/22_
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not __✓__ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ____ do not __✓__ have a grievance pending on this issue.
I affirm that I do ____ do not __✓__ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request ____ does __✓__ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

_Halal: I spoke to Ms. Gonzales today about receiving a designated preparation + serving area in-compliance with DOC policy OP-070202 attachment 1-4. He said you were in charge to provide this on behalf of Lore Civil._

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

_Why hasn't the Halal received a designated preparation + serving area in-compliance with policy OP-070202 Attachment 1-4, and the Kosher has?_

Copy of this RTS? (Circle) YES/NO

NAME: _Williams, Mario_   ODOC #: _225143_   UNIT & CELL NUMBER: _BS 232_
(PRINT)
SIGNATURE: _M. Williams_   WORK ASSIGNMENT: _Votech_

**DO NOT WRITE BELOW THIS LINE**   MAY 24 2022

DISPOSITION:
_The Halal menu is a reg menu out with a sub for the meat item we from the Diet Line_

STAFF MEMBER   DATE _5/24/24_

Date response sent to inmate/offender: _MAY 31 2022_
1. Original to file
2. Copy to inmate/offender

RECEIVED
JUN 03 2022
GRIEVANCE
DOC 090124D (R 01/22)

EXHIBIT 8

2022-1000-0016 -G

**INMATE/OFFENDER GRIEVANC**

RECEIVED

JUN 0 3 2022

GRIEVANCE

Grievance no. _____

Grievance code: 4

Response due: 6/20/2022

**DO NOT WRITE ABOVE THIS LINE**

| | |
|---|---|
| Date 6/1/22 | Facility or Unit OCF |
| Name WILLIAMS, MARIO (Print) | Facility Housing Unit BS 232 |
| ODOC Number 225143 | Date "Request to Staff" response received: 6/1/22 |

Have you previously submitted a grievance on this same issue? YES If yes, what date 5/16/22, facility OCF , grievance #22-2508 . You must submit this completed original within 15 days of the receipt of the response to the "Inmate/Offender Grievance Process Request to Staff," (DOC 090124D). The "Inmate/Offender Grievance Process Request to Staff," (DOC 090124D), must have been submitted within (7) days of the incident. Do not include/attach anything to this grievance except the "Inmate/Offender Grievance Process Request to Staff," (DOC 090124D), including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.    The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. Halal: The Halal menu is not a substitute for meat, it's a diet w/in itself. Per OP-070202, its not connected to any vegetarian line either than Kosher only if its' maintain in a secure and separate designated area specifically for Halal/Kosher.

2.    Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance. Spoke to the Kitchen Supervisor on 5/16/22, and submitted RTS #22-2508 (attach) to K/S "Frank" the same relay.

3.    The action you believe the reviewing authority may lawfully take. Provide the Halal diet a secure and separate designated preparation and serving area in the kitchen, just as provided for the Kosher, in compliance with OP-070202 Attachment A. pg. 1-4.

Grievance report sent to (warden/facility head/administrator/correctional health services administrator):

| | |
|---|---|
| __M Dowd__ | __Warden__ |
| Name | Title |
| __M. Wellhere__ | __6/1/22__ |
| Signature of Grievant | Date Sent to Reviewing Authority |

1. Original to file
2. Copy to inmate/offender


EXHIBIT 9

DOC 090124A
(R 01/22)

AS-232

## Grievance Decision from Reviewing Authority

| Inmate/Offender Name: | Williams, Mario | | ODOC Number | 225143 |
|---|---|---|---|---|
| Receipt Date: | 06/03/2022   Grievance Category Code:   4 | | Grievance Number: | 2022-1001-00164-G |

| 1. Discrimination | 3. Complaint against staff | 5.Reserved | 7.Medical | 9. Records/Sentence Admin. |
|---|---|---|---|---|
| 2. Classification | 4. Condition of confinement | 6.Legal | 8. Property/Trust Fund | 10.Religion |
| | | | 11.Personal Identity | |

Decision:

Inmate Williams requested that the kitchen provide the Halal Diet a secure and separate designated preparation and serving area in the kitchen.

After further investigation of the matter, Mike Moriarity, Assistant Warden, Programs, confirmed that Davis Correctional Facility is following Policy OP-070202, Attachment A, Page 1 of 4; Protocol for Kosher/Halal Menu Preparation and Serving in that a separate area is provided for Kosher/Halal meal preparation and that the utensils are maintained in a secure and separate area.

**I/M Williams' Relief is Granted.**

| X _Reviewing Authority – Facility Health Services Admin (medical issues)_ | Date |
|---|---|
| X _Review Authority – Facility/Unit Head_ | X 7/15/22   Date |

I have received the copy of the response of the reviewing authority.

| _Signature of Grievant_ | Date |
|---|---|

| _Signature of Staff Witness and Printed Name of Witness_ | Date |
|---|---|

You may appeal to the Administrative Review Authority at Department of Corrections, P.O. Box 11400, Oklahoma Ci OK 73136-0400 or Medical ARA and the Personal Identity ARA at 3300 N. Martin Luther King Avenue, Oklahoma Ci OK 73111, within 15 <u>days</u> of the receipt of response using only DOC Form 060125V entitled "Misconduct/Grievance Appeal to Administrative Review Authority." Do not send this decision to the Administrative Review Authority or Medic ARA.

1. Original to file
2. Copy to inmate/offender

EXHIBIT 10

DOC 090124B (R 01/22)

I/m Copy