Mr. Mario Williams #225143 A5-214
OSP - 6888 E. 133rd Rd.
Holdenville, OK. 74848



Clerk, U.S. District Court
Eastern District of Oklahoma
P.O. Box 607
Muskogee, OK. 74401

RECEIVED

FEB 10 2023

