## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

MARIO WILLIAMS,

               **Plaintiff,**

**vs.**                                **Case No. CIV-22-234-JAR**

CORECIVIC, et al.,

               **Defendants.**

## DEFENDANT'S FINAL EXHIBIT LIST

COME NOW Defendant CoreCivic, Inc., by and through their attorney of record, Darrell L. Moore, OBA# 6332 and submits this exhibit list in the above captioned action. Discovery is continuing and Defendant reserves the right to amend this list.

| No. | Description |
|---|---|
| 1. | 5-1 Packet – Incident No. 2022-1001-210-II; incident on March 31, 2022, Bravo South housing unit. |
| 2. | Shift Records/Roster for DCF on March 31, 2022. |
| 3. | Bravo South Housing unit diagram. |
| 4. | DCF Organizational chart, 2022. |
| 5. | DCF Inmate Housing History Report, Mario Williams, OKDOC #225143. |
| 6. | Plaintiff's administrative remedies and appeal records for 2022, to include Grievance No. 2022-1001-00215-G. |
| 7. | Photographs of the DCF Bravo South housing unit. |
| 8. | Photo ID housing history report for Bravo South for March 31, 2022. |
| 9. | Plaintiff's Misconduct/Disciplinary Records for 2022. |
| 10. | OKDOC Policy OP-050108, Use of Force Reportable Incidents. |
| 11. | OKDOC Policy OP-060125 Disciplinary Procedures. |
| 12. | OKDOC Policy OP-090124 Inmate/Offender Grievance Process. |
| 13. | CoreCivic Policy 9-1 Use of Force. |

[1]

| | |
|---|---|
| 14. | Institutional incarceration file, medical file, and mental health file of Mario Williams, DOC 225143, c/o Oklahoma Department of Corrections, 3400 Martin Luther King Avenue, Oklahoma City, OK. |
| 15. | Correctional Services Contract between State of Oklahoma Department of Corrections and CoreCivic effective on March 31, 2022. |
| 16. | CoreCivic training record, Marcos Del Bosque. |
| 17. | CoreCivic training record, Christopher Diaz Mendez. |
| 18. | Emails associated with security operations at DCF March 27-April 9, 2022 |
| 19. | Emails associated with incident 2022-1001-210-II |
| 20. | Any and all records received/identified through Discovery – (document production, depositions) and not otherwise objected to by the Plaintiff. |
| 21. | Any and all records necessary for rebuttal of Plaintiff's witnesses. |
| 22. | All exhibits listed by Plaintiff and not objected to by Defendant. |

Respectfully submitted,

DARRELL L. MOORE, OBA #6332
J. RALPH MOORE, P.C.
P.O. BOX 368
PRYOR, OK  74362
(918) 825-0332
(918) 825-7730 fax
darrellmoore@jralphmoorepc.com
Attorney for Defendant

[2]

## *Certificate of Service*

I hereby certify that on the 6th day of February 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Counsel of record

I hereby certify that on the 6th day of February 2026, I served the attached document by regular US Mail on the following, who are not registered participants of the ECF System:

_____
DARRELL L. MOORE

[3]